UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-mj-02135 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 18, U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |
| Ezequiel LOPEZ | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about April 28, 2025, within the Southern District of California, defendant Ezequiel LOPEZ did forcibly assault a person named in Title 18, United States Code, Section 1114, namely, Department of Homeland Security, United States Customs and Border Protection Officer C. Arriaga, Officer J. Gonzalez Presas, and Officer A. Acosta, while the Officers were engaged in and on account of the performance of their official duties, such acts involving physical contact with the Officers, namely, spitting on Officer Arriaga, Officer Gonzalez Presas, and Officer Acosta, and kicking Officer Gonzalez Presas in the leg; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

Special Agent Francisco Bernal
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 28th of April 2025.

Hon. Allison H. Goddard
U.S. Magistrate Judge

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the reports, interviews of witnesses, and a viewing of Customs and Border Protection video footage by Homeland Security Investigations Special Agent Natasha Williams.

On April 28, 2025, at approximately 12:21 a.m., Ezequiel LOPEZ, ("LOPEZ"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro POE through the pedestrian primary lanes.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from LOPEZ. LOPEZ stated he was traveling from Tijuana, Mexico to Los Angeles, California. LOPEZ said he was a United States Citizen, born in Los Angeles, California. LOPEZ was referred for further inspection due to a computer-generated alert for a warrant out of San Diego.

CBPO's assigned to the Pedestrian Secondary area were assigned to escort LOPEZ to the San Ysidro Security Office because of an outstanding warrant. The CBPO's informed LOPEZ that he was going to be escorted and placed LOPEZ in handcuffs for officer safety. LOPEZ got up from his seat and started to raise his voice. As the CBPOs escorted LOPEZ out of the pedestrian secondary office, LOPEZ started to become more aggressive by trying to pull away and then proceeded to spit on a CBPO. While the CBPOs were escorting LOPEZ across the

walkway to the Security Office, LOPEZ spit on another CBPO. Once LOPEZ was escorted to the Security Office, the CBPOs asked LOPEZ to calm down. LOPEZ continued to yell in Spanish making accusations of random acts of violence. LOPEZ spit on a CBPO standing across the counter in the Security Office area. While attempting to gain compliance of LOPEZ in the Security Office, LOPEZ raised his left leg back and kicked a CBPO twice on the leg. LOPEZ was then placed in a padded cell where LOPEZ continued to spit and yell remarks towards the CBPOs.

LOPEZ was placed under arrest at approximately 5:03 a.m.

LOPEZ was arrested and charged with a violation of Title 18, United States Code, Sections 111 assault on a federal officer.